NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS

## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

VANESSA STAFFORD, *Petitioner*.

No. 1 CA-CR 23-0284 PRPC

FILED 2-15-2024

Petition for Review from the Superior Court in Yavapai County
No. V1300CR201880374
The Honorable Michael R. Bluff, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Camp Verde
By Ethan A. Wolfinger
*Counsel for Respondent*

Vanessa Stafford, Peach Springs
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Daniel J. Kiley, Judge Kent E. Cattani, and Judge D. Steven Williams delivered the decision of the Court.

---

**PER CURIAM**:

¶1        Petitioner Vanessa Stafford seeks review of the superior court's order denying her petition for post-conviction relief. This   is Petitioner's fifth successive petition.

¶2        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is Petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (Petitioner has burden of establishing abuse of discretion on review).

¶3        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that Petitioner has not established an abuse of discretion.

¶4        We grant review and deny relief.

